IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FREDY HERNANDEZ-CASTILLO,

        Defendant.

4:15CR3031

**ORDER**

IT IS ORDERED:

1) The motion of attorney John Vanderslice to withdraw as counsel of record for defendant, (filing no. 18), is granted.

2) Defendant's newly retained counsel, Carlos Monzon, has entered an appearance as counsel for the defendant.

3) The clerk shall delete John Vanderslice from any future ECF notifications herein.

June 24, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge